## No. 11-6195. Mark Anthony Evans, aka Mark Evans, Petitioner v. United States.

565 U.S. 960, 132 S. Ct. 433, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7158.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 428 Fed. Appx. 358.

## No. 11-6204. Ismail Pierce, Petitioner v. United States.

565 U.S. 960, 132 S. Ct. 434, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7176.

October 11, 2011. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 637 F.3d 59.